**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CALDWELL, <br><br> Plaintiff, <br><br> v. <br><br> OS RESTAURANT SERVICES, LLC, a corporation doing business as FLEMING'S PRIME STEAKHOUSE AND WINEBAR, <br><br> Defendant. | Case No. ED CV 19-754-DMG (MRWx) <br><br><br> **JUDGMENT** |

This Court having granted Defendant OS Restaurant Services, LLC's Motion for Summary Judgment by Order dated May 13, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Christina Caldwell.

DATED: May 13, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-